| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LECLAIRRYAN, A PROFESSIONAL CORP.**<br>1037 Raymond Boulevard, 16th Floor<br>Newark, NJ 07102<br>Telephone (973) 491-3600<br>Erin J. Kennedy, Esq.<br>Erin.Kennedy@leclairryan.com<br>Proposed attorneys for Charles M. Forman, Trustee | Order Filed on October 25, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>HYE R. CHO,<br>                          Debtor. | Chapter 7<br>Case No.: 15-29041 (RG)<br>Judge: Rosemary Gambardella |

| Recommended Local Form: | Followed | ☒ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF LECLAIRRYAN, A PROFESSIONAL CORPORATION, AS SUCCESSOR COUNSEL TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: October 25, 2016**

/s/ Rosemary Gambardella
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The Applicant, Charles M. Forman, Chapter 7 Trustee, be and hereby is authorized to retain the professional, LeClairRyan, a Professional Corporation, as his counsel in the captioned matters. The professional's address is 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is May 2, 2016.