UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**LECLAIRRYAN, A PROFESSIONAL CORP.**
1037 Raymond Boulevard, 16th Floor
Newark, NJ 07102
Telephone (973) 491-3600
Erin J. Kennedy, Esq.
Erin.Kennedy@leclairryan.com
Proposed attorneys for Charles M. Forman, Trustee

In Re:

HYE R. CHO,
                                    Debtor.

Order Filed on October 25, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No.: 15-29041 (RG)

Judge:  Rosemary Gambardella

| Recommended Local Form: | Followed | ☒ Modified |
|---|---|---|

### ORDER AUTHORIZING RETENTION OF LECLAIRRYAN, A PROFESSIONAL CORPORATION, AS SUCCESSOR COUNSEL TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) and two (2) is hereby

**ORDERED**.

**DATED: October 25, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The Applicant, Charles M. Forman, Chapter 7 Trustee, be and hereby is authorized to retain the professional, LeClairRyan, a Professional Corporation, as his counsel in the captioned matters.  The professional's address is 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is May 2, 2016.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-29041-RG
Hye R Cho                                                             Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Oct 26, 2016
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db              +Hye R Cho,    285 Castle Dr.,    Englewood Cliffs, NJ 07632-1629

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
          Charles M. Forman    charles.forman@leclairryan.com,   lori.capasso@leclairryan.com
          Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC
          bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Erin  Kennedy    on behalf of Trustee Charles M. Forman erin.kennedy@leclairryan.com
          Seung H. Shin    on behalf of Debtor Hye R Cho shinjunglaw@gmail.com
                                                                            TOTAL: 4